IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA  v.  RONALD SMITH | CRIMINAL ACTION  NO. 04-229 |
|---|---|

**MEMORANDUM AND ORDER RE: MOTION TO REDUCE SENTENCE**

**Baylson, J.**                                                                                                    **April 22, 2021**

Defendant has moved for compassionate release and cites these underlying medical conditions, and the fact that he has previously suffered from COVID-19, but recovered from it after a brief hospitalization in prison.

The Defendant has presented Exhibit 2, which is a copy of his medical record. The record indicates that he was tested for COVID-19 on December 29, 2020, and received a positive result on January 2, 2021.

The Government's response attaches additional medical records, which show that Defendant does have some serious medical conditions, but also that the Bureau of Prisons is adequately and carefully taking care of Defendant's medical issues.

The underlying facts of the Defendant's conviction cause great concern because he was convicted of armed carjacking, carrying a firearm during and in relation to a crime of violence, being a felon in possession of a firearm and ammunition, and qualified as a career offender. Thus, the facts of conviction are extremely serious and public safety concerns warrant against granting the motion.

The Government's response also details numerous other precedents in this and other courts where judges have rejected compassionate release even though a prisoner has serious medical conditions, particularly where the facts of the underlying conviction warrant against

early release from a sentence previously imposed, considering the sentencing factors under 18 U.S.C. § 3553.

Also, the Court concludes the Defendant has failed to show extraordinary or compelling reasons for granting compassionate release at this time.  Therefore, the Motion is **DENIED.**

**BY THIS COURT:**

s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\Lori CRIMINAL DEPUTY\MEMOS\04cr229 memorandum.docx